UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARTFORD UNDERWRITERS INSURANCE COMPANY,

    Plaintiff,

v.

EAST & WEST GOURMET AFGHAN FOOD, INC.,

    Defendant.

Case No. 15-cv-01747-WHO

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The case management conference set for August 4, 2015 is VACATED and rescheduled for November 3, 2015, by which time plaintiff shall have moved for default judgment if it intends to do so.  The case management statement is by October 27, 2015.

    **IT IS SO ORDERED**.

Dated: July 29, 2015



WILLIAM H. ORRICK
United States District Judge