United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARTFORD UNDERWRITERS
INSURANCE COMPANY,

Plaintiff,

v.

EAST & WEST GOURMET AFGHAN
FOOD, INC.,

Defendant.

Case No. 15-cv-01747-WHO

**DEFAULT JUDGMENT**

Re: Dkt. No. 19

This matter having come before the Court on the motion by plaintiff for entry of a default

judgment against defendant pursuant to Federal Rule of Civil Procedure 55(b)(2);[1] and sufficient

proof of service of the summons and complaint on defendant having been filed with the Court; and

the Clerk of the Court having entered defendant's default on the docket; and the Court having

found good and sufficient cause to enter the relief requested by the motion; it is HEREBY

ORDERED, ADJUDGED, AND DECREED that plaintiff Hartford Underwriters Insurance

Company is awarded a money judgment against defendant East & West Gourmet Afghan Food,

Inc., in the principal sum of $123,242.95, plus prejudgment interest in the sum of $14,926.34, for

a total money judgment in the amount of $138,200.93.

**IT IS SO ORDERED**.

Dated: September 23, 2015

WILLIAM H. ORRICK
United States District Judge

---

[1] In its papers, plaintiff requests entry of a default judgment pursuant to Rule 55(b)(1) – which allows for entry of a default judgment by the clerk of the court – but repeatedly asks that "the Court" enter the judgment. I construe the motion as one for entry of a default judgment "by the Court" pursuant to Rule 55(b)(2).